**FILED - GR**
August 15, 2025 11:01 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM   SCANNED BY: _____ / 8/15

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan ☐▼

Southern Division ☐▼

**1:25-cv-945**

**Robert Jonker- U.S. District Judge**

Gregory Coates Jr

)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

CRST DEDICATED/ CRST INTERNATIONAL
Mike Gannon

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gregory Coates Jr |
| Street Address | 4453 Wilkshire Ave |
| City and County | Grand Rapids Kent |
| State and Zip Code | MI 49548 |
| Telephone Number | 6164509773 |
| E-mail Address | Gcoates2212@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | CRST DEDICATED |
| Job or Title *(if known)* | |
| Street Address | 3939 16th ave sw |
| City and County | Cedar Rapids |
| State and Zip Code | Iowa 52406 |
| Telephone Number | 8003666350 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Mike Gannon |
| Job or Title *(if known)* | Ceo |
| Street Address | 3930 16th ave sw |
| City and County | Cedar Rapids |
| State and Zip Code | Iowa 52406 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Wrongful termination and Title VII of the civil rights act of 1964

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* CRST DEDEICATED , is incorporated under

the laws of the State of *(name)* Michigan , and has its

principal place of business in the State of *(name)* Iowa .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Wrongful termination
Religious discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Statement claim

I am writing to formally file a complaint regarding my wrongful termination from CRST DEDICATED on JULY 12, 2024 and to address the religious discrimination that I believe contributed to this decision.

I was employed at CRST DEDICATED also known as CRST INTERNATIONAL as a "DELIVERY DRIVER" from [02/29/24] until my termination on [07/12/2024]. During my employment, I consistently performed my duties to the best of my ability and received positive feedback regarding my performance. However, I believe that my termination was not based on my job performance but rather on discriminatory practices related to my religious beliefs.

On march 22nd 2024, I gave a written request for a religious accommodation. I was informed by Ken long that I would need to contact Miles for such accommodation. He referred me to Chris Piplani  on march 25, 2024 I received a email from Chris stating he tried to call me and that's when i returned the call he stated they could not grant my accommodation and that his supervisor would call me when he was back from vacation  after I stated he would be infringing on my religious rights he stated he would get back to me. On March 29, 2025 I contacted Chris about my accommodation request via email. He asked that I return a phone call via email again. I inquired about my request  again. On April 1st 2024 it wasn't until April 12 2024 via email he asked I return a phone call during the call he stated going forward my Saturdays will be covered.  In which they had another guy cover the past few Saturdays for me I had not worked. On two separate occasions I was asked by Judy Vasquez and Ken long how come I don't work Saturdays and Home Depot was inquiring why they were short a driver every Saturday and did I inform the recruiter that I couldn't work Saturdays.  On 07/12/2024 I was informed by Ken long that my store was chosen and I was being terminated to leave the keys in the truck. I inquired about why I was chosen he referred me to Human Resource  on July 12 2024 I called Chris and asked was he aware of the reason I was terminated he said he would get back to me on July 15th I still hadn't heard anything and reached out to Chris once again and he stated he's been wrapped up in meetings and still haven't had a chance to look into it on July 17th I received a call from Chris and advised him the call was being recorded he stated they had no religious accommodation on file for me and that the reason I was terminated was because I had the lowest seniority. I informed him that there was a guy that started well after me and and all our start dates would be 03/11/2024 seeing how that's when the contract started he stated my date was 03/11/2024  on 07/24/2024 I was advised by Aaron Miller that Judy Vasquez stated to him the reason I was terminated was because I refused to work Saturdays  and out of fear of retaliation he would not come forward with this information. Due to the inconsistencies of the correct employee start date and them moving another guy to the store I worked out of.  I have valid reason to believe These actions not only violated my rights as an employee but also contravene  Title VII of the Civil Rights Act of 1964, which prohibits employment discrimination and retaliation based on religion.

Relief

Due to the wrongful termination and religious discrimination I am seeking in the amount of $450,000 as this is a pattern of repeated abuse with this company see : Leon Laferriere. Vs Crst . 145,600 is back pay for the past two years at 5 days a week. 304,400 for punitive damages and emotional distress. The sudden termination without notice or warning caused hardship in my life  and  a case of severe depression. Not only did I enjoy my work, I took pride in making customers happy and knowing they were satisfied.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/15/2025

Signature of Plaintiff

Printed Name of Plaintiff    Gregory Coates Jr

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Print          Save As...          Add Attachment          Reset